United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41191
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCO ANTONIO SOLIS-RAMIREZ,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-03-CR-344-1
---------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

Marco Antonio Solis-Ramirez (Solis-Ramirez) appeals his

conviction and sentence for being found in the United States

after previous deportation, a violation of 8 U.S.C. § 1326(a) and

(b).  He argues that the "felony" and "aggravated felony"

provisions of § 1326(b)(1) and (2) are unconstitutional in light

of Apprendi v. New Jersey, 530 U.S. 466 (2000).  Solis-Ramirez

raises an issue that he concedes is foreclosed, but he seeks to

preserve it for further review.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

This argument is foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224, 235 (1998).  We must follow the precedent in <u>Almendarez-Torres</u> "unless and until the Supreme Court itself determines to overrule it."  <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000) (internal quotation and citation omitted).

AFFIRMED.